# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Peter Lyoya, Personal Represenative for the Estate of Patrick Lyoya, Dec.

v.

CHRISTOPER SCHURR and THE CITY OF GRAND RAPIDS

Case No. 1-22-cv-1160
Hon.

TO: CHRISTOPHER SCHURR
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
AYANNA D. HATCHETT (P70055)
VEN R. JOHNSON (P39219)
535 GRISWOLD ST., SUITE 2600
DETROIT, MI 48226
313.324.8300

CLERK OF COURT

By: Deputy Clerk _____ December 7, 2022
                                                    Date

---

## PROOF OF SERVICE

This summons for _____CHRISTOPHER SCHURR_____ was received by me on _____.
                    (name of individual and title, if any)                        (date)

☐ I personally served the summons on the individual at _____
on _____.                                        (place where served)
      (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                 (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date:_____              _____
                                         Server's signature

Additional information regarding attempted service, etc.:    _____
                                                              Server's printed name and title

                                                              _____
                                                                     Server's address

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Peter Lyoya, Personal Representative for the Estate of Patrick Lyoya, Dec.

v.

CHRISTOPER SCHURR and THE CITY OF GRAND RAPIDS

Case No. 1-22-cv-1160
Hon.

TO: THE CITY OF GRAND RAPIDS
ADDRESS:

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

   399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
   P.O. Box 698, 330 Federal Building, Marquette, MI 49855
   107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
   113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
AYANNA D. HATCHETT (P70055)
VEN R. JOHNSON (P39219)
535 GRISWOLD ST., SUITE 2600
DETROIT, MI 48226
313.324.8300

CLERK OF COURT

_____  December 7, 2022
By: Deputy Clerk                          Date

---

## PROOF OF SERVICE

This summons for ___THE CITY OF GRAND RAPIDS___ was received by me on _____.
         (name of individual and title, if any)                                                (date)

☐ I personally served the summons on the individual at _____
                                                          (place where served)
on _____.
    (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                         (name of organization)              (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

   My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under the penalty of perjury that this information is true.
Date:_____
                                                _____
                                                Server's signature
Additional information regarding attempted service, etc.:
                                                _____
                                                Server's printed name and title

                                                _____
                                                Server's address