UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER LYOYA,

       Plaintiff,                          Case No. 1:22–cv–1160

v.                                          Hon. Paul L. Maloney

CHRISTOPHER SCHURR, et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above−captioned case was filed in this court on December 7, 2022 .   The case has been assigned to Paul L. Maloney .

CLERK OF COURT

Dated:  December 7, 2022      By:   /s/ N. Stimec_____
                                                   Deputy Clerk