UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_____

**PETER LYOYA**,

    Plaintiff,

v.

**CHRISTOPHER SCHURR et al**,

    Defendant.

_____/

Case No. 1:22-cv-1160

## NOTICE TO THE PARTIES FROM THE CLERK OF COURT

NOTICE is hereby given that this case has been reassigned from the Northern Division case number 2:22-cv-227, to the Southern Division for all further proceedings pursuant to Administrative Order 11-035, which authorizes the Clerk of Court to reassign a newly filed civil case to the correct division under W.D. Mich. LCivR 3.2 in circumstances where the filing attorney has made an obvious mistake in regard to using the CM/ECF system.

ALL FUTURE FILINGS SHOULD REFLECT THE NEW CASE NUMBER OF: **1:22-cv-1160**.

Dated: December 7, 2022

CLERK OF COURT

By: /s/ J. Gerona
Deputy Clerk