UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER LYOYA, Personal Representative for
the Estate of Patrick Lyoya,

    Plaintiff,

v.

CHRISTOPHER SCHURR, et al.,

    Defendants.
_____/

Case No. 1:22-cv-1160

HONORABLE PAUL L. MALONEY

## ORDER

Pending before the Court is Plaintiff's motion for leave to traditionally file video exhibit (ECF No. 29). Plaintiff seeks leave to traditionally file Exhibit A to the responses to each defendant's motion to dismiss because the exhibit is a video. Defendants do not oppose the motion (ECF No. 31). Therefore,

**IT IS HEREBY ORDERED** that the motion for leave to traditionally file video exhibit (ECF No. 29) is GRANTED for the reasons stated in the motion.

Dated:  April 20, 2023

  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge