UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **PETER LYOYA,** as the Personal Representative for the Estate of **PATRICK LYOYA,**　　Plaintiff,<br>v.<br>**CHRISTOPHER SCHURR** and **THE CITY OF GRAND RAPIDS,**　　Defendants. | Case No. 1:22-cv-1160<br>Hon. Paul L. Maloney<br>Mag. Judge Sally J. Berens |

### STIPULATED ORDER TO EXTEND DEFENDANTS' REPLIES IN SUPPORT OF THEIR MOTIONS TO DISMISS

The parties hereby stipulate, through their respective counsel, and the Court being otherwise fully advised in the premises:

On April 7th, Plaintiff filed their responses to Defendant Schurr's and Defendant City of Grand Rapids Motions to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6). [ECF No. 26; ECF No.27.]. On April 15th, Plaintiff had then filed their motion for leave to file their video exhibit in traditional manner. [ECF No. 29]. The videos still have not been accepted by the Court, but Defendants received a copy of the proposed video exhibit from Plaintiff on April 20, 2023. The parties now hereby stipulate and request to extend Defendant Schurr's and Defendant City of Grand Rapids replies in support of their motions to dismiss pursuant to Fed. R. Civ. P.

12(b)(6) by fourteen (14) days, from April 21, 2023, to May 5, 2023.

IT IS HEREBY ORDERED that Defendant Schurr's and Defendant City of Grand Rapids replies in support of their motions to dismiss is now extended 14 days from April 21, 2023, to May 5, 2023.

IT IS SO ORDERED.

Dated: April 20, 2023                                    /s/ Paul L. Maloney
                                                                                             Hon. Paul L. Maloney
                                                                                             U.S. District Judge

The parties stipulate to entry of the above order:

/s/ Ayanna D. Hatchett (w/permission)            /s/ Kali M. L. Henderson
Ayanna D. Hatchett (P70055)                          Kali M. L. Henderson (P76479)
*Attorneys for Plaintiff*                                          *Attorneys for Defendant Schurr*


/s/ Timothy S. Ferrand (w/permission)
Timothy S. Ferrand (P39583)
*Attorneys for Defendant City of*
*Grand Rapids*


Dated:  April 20, 2023