UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER LYOYA as the
Personal Representative for
THE ESTATE OF PATRICK LYOYA
(deceased),

    *Plaintiff*,

v.

CHRISTOPHER SCHURR and
THE CITY OF GRAND RAPIDS,
    *Defendants*.

Case No. 1:22-CV-1160

Hon.  Paul L. Maloney
Mag. Judge Sally J. Berens

---

VEN R. JOHNSON (P39219)
ARISTIDI D. PAPIOANNOU (P81049)
**JOHNSON LAW, PLC.**
Attorneys for Plaintiff
The Buhl Building
535 Griswold, Ste 2600
Detroit, MI  48226
(313) 324.8300
vjohnson@venjohnsonlaw.com
apapaioannou@venjohnsonlaw.com

TIMOTHY S. FERRAND (P39583)
**CUMMINGS, McCLOREY, DAVIS& ACHO, PLC.**
Attorney for the City of Grand Rapids
19176 Hall Road, Ste 220
Clinton Twp., MI  48038
(586) 228.5600
tferrand@cmda-law.com

T. JOSEPH SEWARD (P35095)
KALI M. L. HENDERSON (P76479)
**SEWARD HENDERSON, PLLC.**
210 East. 3rd Street, Ste 212
Royal Oak, MI  48067
(248) 733.3580
jseward@sewardhenderson.com
khenderson@sewardhenderson.com

---

# PLAINTIFF'S CERTIFICATE OF COMPLIANCE WITH LCivR 7.1(d)

1

The undersigned certifies that on October 3, 2023, Plaintiff's counsel sought concurrence from Defendants in the relief sought in *Plaintiff's Motion for Relief from Order Pursuant ro Fed R. Civ. P. 60(b)*. (ECF No. 41, PageID. 666). More specifically, Plaintiff's counsel, Aristidi Papaioannou sent an email to counsel for both Defendants seeking concurrence, and that request was explicitly denied by Counsel for Defendant Schurr, Kali Henderson, on October 3, 2023. On that same date, Plaintiff's Counsel, Ven Johnson, spoke on the phone with Counsel for Defendant the City of Grand Rapids, Timothy Ferrand, and Mr. Ferrand stated that he did not concur with Plaintiff's requested relief. Accordingly, Plaintiff has complied with the requirements of LCivR 7.1(d).

          Respectfully submitted,

          **JOHNSON LAW, PLC**.

Dated: October 4, 2023      By: */s/ Aristidi D. Papaioannou*
                                            VEN R. JOHNSON (P39219)
                                            ARISTIDI D. PAPIOANNOU (P81049)
                                            Counsel for Plaintiff
                                            Johnson Law, PLC
                                            535 Griswold Street, Suite 2600
                                            Detroit, MI 48226
                                            (313) 324.8300
                                            vjohnson@venjohnsonlaw.com
                                            apapaioannou@venjohnsonlaw.com