UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER LYOYA as the
Personal Representative for
THE ESTATE OF PATRICK LYOYA
(deceased),

    *Plaintiff*,

v.

CHRISTOPHER SCHURR and
THE CITY OF GRAND RAPIDS,
    *Defendants*.

Case No. 1:22-CV-1160

Hon. Paul L. Maloney
Mag. Judge Sally J. Berens

---

| | |
|---|---|
| ARISTIDI D. PAPAIOANNOU (P18049)<br>VEN R. JOHNSON (P39219)<br>**VEN JOHNSON LAW, PLC.**<br>Attorneys for Plaintiff<br>The Buhl Building<br>535 Griswold, Ste 2600<br>Detroit, MI  48226<br>(313) 324.8300<br>vjohnson@venjohnsonlaw.com | TIMOTHY S. FERRAND (P39583)<br>**CUMMINGS, McCLOREY, DAVIS& ACHO, PLC.**<br>Attorney for the City of Grand Rapids<br>19176 Hall Road, Ste 220<br>Clinton Twp., MI  48038<br>(586) 228.5600<br>tferrand@cmda-law.com<br><br>T. JOSEPH SEWARD (P35095)<br>KALI M. L. HENDERSON (P76479)<br>**SEWARD HENDERSON, PLLC.**<br>210 East. 3rd Street, Ste 212<br>Royal Oak, MI  48067<br>(248) 733.3580<br>jseward@sewardhenderson.com<br>khenderson@sewardhenderson.com |

---

**SUBSTITUTION OF ATTORNEY FOR PLAINTIFF, CONSENT AND ORDER PERMITTING SUBSTITION OF ATTORNEYS FOR PLAINTIFF**

**SUBSTITUTION OF ATTORNEY**

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

Please take notice that AYANNA D. HATCHETT of Ven Johnson Law, PLC have this day been substituted in the above captioned cause as attorneys for Plaintiff in place and stead of Aristidi D. Papaioannou, only.

>  /s/ Ayanna D. Hatchett
> AYANNA D. HATCHETT (P70055)
> VEN JOHNSON LAW, PLC
> 535 Griswold Street, Suite 2600
> Detroit, MI 48226
> (313) 324-8300
> ahatchett@venjohnsonlaw.com

Dated: October 4, 2024

**CONSENT TO SUBSTITUTION OF ATTORNEY**

TO THE CLERK OF THE COURT AND ALL ATTORNEYS OF RECORD:

I, ARISTIDI D. PAPAIOANNOU, hereby consent to the substitution of Ayanna D. Hatchett of Ven Johnson Law, PLC, in my place and stead as attorney for Plaintiff.

> /s/ ARISTIDI D. PAPAIOANNOU
> ARISTIDI D. PAPAIOANNOU (P81049)
> Kajy Law Firm, PLLC
> 18000 W. Nine Mile Road, Suite 1400
> Southfield, MI 48075
> (248) 290-8549
> aris@kajylaw.com

Dated: October 4, 2024

**ORDER PERMITTING SUBSTITUTION OF ATTORNEY FOR PLAINTIFF**

**IT IS HEREBY ORDERED** that Attorney, AYANNA D. HATCHETT and the law firm of VEN JOHNSON LAW, PLC, is substituted in the above-referenced civil-action as counselor of record for Plaintiff, in place of Attorney, Aristidi D. Papaioannou, only.

_____
UNITED STATES DISTRICT JUDGE