## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 29, 2024

Ms. Ann E. Filkins
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

Re:  Case No. 23-1887, *Peter Lyoya v. Christopher Schurr, et al*
     Originating Case No. 1:22-cv-01160

Dear Ms. Filkins,

  Enclosed is a copy of the mandate filed in this case.

                    Sincerely,

                    s/Abby Hahn
                    for Antoinette Macon, Case Manager

cc:  Mr. Christopher Patrick Desmond
     Ms. Kali May Lester Henderson
     Mr. T. Joseph Seward

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 23-1887

_____

Filed: October 29, 2024

PETER LYOYA, Personal Representative for the estate of Patrick Lyoya (deceased)

    Plaintiff - Appellee

v.

CHRISTOPHER SCHURR

    Defendant - Appellant

and

CITY OF GRAND RAPIDS, MI

    Defendant

## MANDATE

Pursuant to the court's disposition that was filed 09/09/2024 the mandate for this case hereby issues today.

COSTS:  None