# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

February 18, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Feb 19, 2025
KELLY L. STEPHENS, Clerk

Re: Christopher Schurr
v. Peter Lyoya, Personal Representative for the Estate of Patrick Lyoya, Deceased
No. 24-886
(Your No. 23-1887)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on January 21, 2025 and placed on the docket February 18, 2025 as No. 24-886.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst