# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **PETER LYOYA,** as the Personal Representative for the Estate of **PATRICK LYOYA,**<br><br>Plaintiff,<br>v.<br><br>**CHRISTOPHER SCHURR** and **THE CITY OF GRAND RAPIDS,**<br><br>Defendants. | Case No. 22-cv-01160<br>Hon. Paul L. Maloney<br>Mag. Judge Sally J. Berens |

## AFFIDAVIT OF DEFENDANT CHRISTOPHER SCHURR

I, Christopher Schurr, being duly sworn, state the following:

1. I make this affidavit based upon my own personal knowledge, and I am competent to testify to the matters stated herein.

2. I am aware that, shortly after the underlying incident on April 4, 2022, protestors trespassed onto my private property on April 14, 2022, before the Grand Rapids Police publicly identified me as the officer involved in the incident.

3. While protesters were trespassing on my property, law enforcement was called.

4. I have also received multiple death threats related to the incident on April 4, 2022.

Page 1 of 2

Executed on October 17, 2025.

_____
Christopher Schurr


Subscribed and sworn to before me, this
17 day of october, 2025.


_____ — Kali Henderson
Notary Public, oakland County, MI acting in Kent County
My Commission Expires: 10/14/26