# EXHIBIT 2

**Lillian Nelson**

| | |
|---|---|
| **From:** | Ameera Hashwi |
| **Sent:** | Thursday, October 9, 2025 10:07 AM |
| **To:** | Ven Johnson |
| **Cc:** | Kali Henderson; Ayanna Hatchett; ldodson@venjohnsonlaw.com; Lillian Nelson |
| **Subject:** | Lyoya v. Schurr, Case No. 22-cv-1160, re Proposed Stipulated Order for the Deposition of Defendant Schurr |
| **Attachments:** | 2025-10-07 - Proposed Order Schurr's Privacy  .pdf |
| | |
| **Categories:** | Actionstep |

Good morning,

Attached please find a proposed stipulated order regarding the deposition of Christopher Schurr for your review. This order is intended to protect Mr. Schurr's personal safety and privacy.

Please let me know if you approve the proposed stipulation and order and whether I may sign it on your behalf.

Thank you,



Ameera Hashwi
**Seward Henderson PLLC**

210 East 3rd Street, Suite 212
Royal Oak, Michigan  48067
T: (248) 733-3580
F: (248) 733-3633
E: ahashwi@sewardhenderson.com
*Attorney* – P88192