# EXHIBIT 4

Case 1:22-cv-01160-PLM-SJB    ECF No. 67-5, PageID.1003    Filed 11/06/25    Page 1 of 2

**Lillian Nelson**

| | |
|---|---|
| **From:** | Ven Johnson <vjohnson@venjohnsonlaw.com> |
| **Sent:** | Thursday, October 9, 2025 9:37 PM |
| **To:** | Ameera Hashwi |
| **Cc:** | Kali Henderson; Ayanna Hatchett; Liza Dodson; Lillian Nelson |
| **Subject:** | Re: Lyoya v. Schurr, Case No. 22-cv-1160, re Proposed Stipulated Order for the Deposition of Defendant Schurr |

No

Kind regards,

*Ven Johnson*
Attorney & Counselor
Founder / President



T: 313-324-8300 / F: 313-324-8301 / @VenFights.com
Buhl Building / 535 Griswold St., Suite 2600 / Detroit, MI 48226
**HELP US RAISE THE BAR – Leave Us a Google Review Here.**

1