UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

PETER LYOYA,

    Plaintiff,

v.                                                   Hon. Paul L. Maloney

CHRISTOPHER SCHURR, et al.,            Case No. 1:22-cv-1160

    Defendants.

## ORDER

This matter is before the Court on Defendant Schurr's Motion for Protective Order. (ECF No. 67.) As stated on the record at the hearing held December 2, 2025, the motion (ECF No. 67) is granted in part and denied in part.

Additionally, Defendant's reply brief (ECF No. 80) was filed in violation of W.D. Mich. LCivR 7.3(c). Reply briefs may not be filed without leave of court. Defendant's reply brief (ECF No. 80) shall be stricken from the record.

IT IS SO ORDERED.

Dated: December 2, 2025                                              /s/ Sally J. Berens
                                                                        SALLY J. BERENS
                                                                        U.S. Magistrate Judge