# EXHIBIT G

| | |
|---|---|
| **From:** | Liza Dodson |
| **To:** | Kali Henderson; Ameera Hashwi |
| **Cc:** | Lillian Nelson; Ayanna Hatchett |
| **Subject:** | RE: Lyoya v. Schurr, Case No. 22-cv-1160 |
| **Date:** | Tuesday, October 28, 2025 9:59:00 AM |
| **Attachments:** | CORR-to D Atty Henderson enclg Discovery to Def Schurr (10-28-2025).pdf |
| | image003.png |
| | image005.png |
| | image007.png |
| | image008.png |
| | DISC-PI First Interrogatories and RTP to Def. Schurr (10-28-2025).docx |
| | image001.png |
| | image002.png |

Dear Counselors:

Please see the attached Correspondence and Plaintiff's First Set of Interrogatories and Request for Production to Defendant to Christopher Schurr pertaining to the above-entitled matter.

Thank you.

LIZA DODSON
Litigation Paralegal to Ayanna D. Hatchett, Esq.



T: 313-324-8386  / F: 313-324-8301 / @ VenFights.com
Buhl Building / 535 Griswold St., Suite 2600 / Detroit, MI 48226

**From:** Lillian Nelson <lnelson@sewardhenderson.com>
**Sent:** Monday, October 27, 2025 3:09 PM
**To:** Ayanna Hatchett <Ahatchett@venjohnsonlaw.com>
**Cc:** Liza Dodson <ldodson@venjohnsonlaw.com>
**Subject:** RE: Lyoya v. Schurr, Case No. 22-cv-1160, re Scheduling Depositions

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,



JOHNSON LAW, PLC

October 25, 2025

Kali M. Henderson, Esq.
SEWARD HENDERSON, PLLC
210 East Third Street, Suite 212
Royal Oak, MI 48067

Re:    *Peter Lyoya, Personal Representative to Patrick Lyoya v. Christopher Schurr*
       Case No. 22-cv-1160

Dear Ms. Henderson:

Enclosed herewith please find Plaintiff's First Set of Interrogatories and Request for Production of Documents to Defendant-Christopher Schurr pertaining to the above-entitled matter.

Thank you for your anticipated cooperation.

Very truly yours,

**VEN JOHNSON LAW, PLC**

*Liza Dodson*

Liza Dodson
Litigation Paralegal to Ayanna D. Hatchett, Esq.
ldodson@venjohnsonlaw.com

:ld

Enclosures

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER LYOYA as the
Personal Representative for
THE ESTATE OF PATRICK LYOYA (deceased),

Case No. 1:22--cv-1160

Hon. Paul L. Maloney
Mag. Judge Sally J. Berens

*Plaintiff,*

v.

CHRISTOPHER SCHURR,

*Defendant.*

| | |
|---|---|
| AYANNA D. HATCHETT (P70055) | T. JOSEPH SEWARD (P35095) |
| VEN R. JOHNSON (P39219) | KALI M. L. HENDERSON (P76479) |
| **VEN JOHNSON LAW, PLC.** | AMEERA HASHWI (P88192) |
| Attorneys for Plaintiffs | **SEWARD HENDERSON, PLLC.** |
| The Buhl Building | Attorneys for Defendant |
| 535 Griswold, Ste 2600 | 210 East. 3rd Street, Ste 212 |
| Detroit, MI 48226 | Royal Oak, MI 48067 |
| (313) 324.8300 | (248) 733.3580 |
| ahatchett@venjohnsonlaw.com | jseward@sewardhenderson.com |
| vjohnson@venjohnsonlaw.com | khenderson@sewardhenderson.com |
| | ahashwi@sewardhenderson.com |

**PLAINTIFF'S FIRST SET OF INTERROGATORIES &
REQUESTS FOR PRODUCTION
TO DEFENDANT- CHRISTOPHER SCHURR**

Plaintiff, PETER LYOYA as the Personal Representative of PATRICK LYOYA's

ESTATE, by and through his counsel, VEN JOHNSON LAW, PLC, serve this *First Set of*

*Interrogatories & Requests for Production* in accordance with the Federal Rules of Civil Procedure

along with the instructions and definitions provided as follows.

## INSTRUCTIONS

These requests and the defendant's responses are governed pursuant to Fed. R. Civ. P.

26(b), 33, and 34. Accordingly, the defendant's responses must include all the information that is

within the defendant's custody, control, and/or possession.  Either the defendant has or knows the

information being requested or they do not. Objections notwithstanding, if the defendant does not have the information requested, please state so plainly.

*Protective Orders.* Similarly, please note and advise if the defendant will be limited or prevented entirely from responding to any portion of these requests in good faith or from providing *unredacted responses* without a protective order. Plaintiff will look forward to reviewing the defendant's proposed protective order with the aim of reaching an agreement.   Defendant should therefore serve Plaintiff with a proposed order as soon as reasonably practicable but no later than *15 days* after these requests are served.

These requests are deemed to be continuing up through the date of trial.

## DEFINITIONS

1. Decedent" means– PATRICK LYOYA (also referred to as "Patrick").

2. "Defendant" here refers to CHRISTOPHER SCHURR.

3. "You" or "Your" here refers to the Defendant or CHRISTOPHER SCHURR ("Schurr").

4. "Officer" refers to any member (sworn or unsworn) of a law enforcement agency including but not limited to deputies.

5. "Incident" refers to all events that took place on April 4, 2022 leading up to, during, and after Patrick was killed.

6. "Identify" means the name and the last known address and phone number for each applicable person and/or entity concerned.

7. "Document" or "Record" shall have the broadest meaning allowed under Fed. R. Civ. P. 34(a)(1) and includes writings, reports, video/audio recordings, photographs, electronically stored information (ESI), emails, text messages, memoranda, notes, or other data compilations.

8. "Policy" or "Procedure" includes any written or unwritten practice, custom, directive, guideline, manual, general order, or instruction issued or authorized by the CITY OF GRAND RAPIDS or the GRAND RAPIDS POLICE DEPARTMENT (GRPD).

2

9. "Training" means any instruction, certification, course, evaluation, lecture, simulation, or continuing education provided and/or facilitated by THE CITY OF GRAND RAPIDS and/or the GRPD.

10. "Discipline" means any form of corrective measure-formal or informal-including but not limited to: Reprimand; warning; suspension (with or without pay); leave (with or without pay); remedial training; counseling; decertification; demotion; loss of benefits; and/or termination.

11. All words should otherwise be given their plain dictionary meaning within the context they are used.

## INTERROGATORIES

1. Please identify each person who has assisted you with responding to these requests.

   **ANSWER:**

2. Please state your <u>full name, date of birth</u> as well as your <u>badge number</u> and <u>rank</u> *at the time of the Incident*; and <u>identify</u> every law enforcement agency you have ever worked for or been employed by in any capacity.

   **ANSWER:**

3. When you were a member of the GRPD, please identify what union(s) you belonged to, if any, before, since, and/or on *April 4, 2022*.

   **ANSWER:**

4. Please provide the date you were hired by GRPD along with the dates and titles of any promotions you received as a member of the GRPD.

   **ANSWER:**

5. Have you ever undergone a mental health screening for any reason including as a pre-requisite to becoming a member of GRPD?

   **ANSWER:**

6. Before *April 4 2022,* please state your history of using force, if any, while working within the course and scope of any employment you had as a law enforcement officer by providing the following for each instance of force:

   a. The type(s) of force used;

   b. The date the force was used; and

3

c.  Whether or to what extent the force used was documented.

**ANSWER:**

7.  Please state whether you have ever been disciplined by any employer, including the City of Grand Rapids and/or GRPD, before *April 4, 2022*; and for each occasion of discipline, please explain the type of discipline that was imposed and when.

**ANSWER:**

8.  Please identify the name(s), title(s) and rank(s) of your direct supervisor(s) on *April 4, 2022*.

**ANSWER:**

9.  Please identify the name, title, and rank of the officer, if any, that authorized your pursuit of Patrick on *April 4, 2022*.

**ANSWER:**

10. Please describe in detail your version of what occurred immediately before, during, and after you shot and killed Patrick on *April 4, 2022*.

**ANSWER:**

11. For each of the subject areas listed below, please state whether you have had training and when each training occurred:

a.  Internal agency/department and external (*i.e. city, state, and or federal*) policies and/or procedures

b.  Legal updates (i.e. changes in the law/regulations; policy/procedure update, etc.)

c.  Defensive tactics

d.  Conducting criminal investigations

e.  Use of Force

f.  Types of Force

g.  Tasers

h.  Foot Pursuits

i.  De-escalation

j.  Risk assessment

4

**ANSWER:**

12. Over the course of your employment with the City of Grand Rapids and as a member of the GRPD, please state: (a) whether you were ever disciplined; (b) describe the basis for each occasion of discipline; and (c) when it occurred.

**ANSWER:**

13. Immediately before, during, and after you shot and killed Patrick on *April 4, 2022*, please list and describe: (a) each piece of equipment (*including all weapons*) and/or article of clothing/apparel you were wearing, or had immediate access to; and (b) whether or which pieces of equipment and/or articles of clothing/apparel were provided and/or authorized by the GRPD.

**ANSWER:**

---

### REQUESTS FOR PRODUCTION
---

*As stated in the instructions and definitions above, please respond to each request below and for each request **please produce** complete, legible, **unredacted copies** of the applicable documents and/or records.*

1. Please produce **all statements** (*in all forms-written or otherwise*), that were made by you or on your behalf regarding the Incident on *April 4, 2022*.

**RESPONSE:**

2. Please produce and identify (*e.g. case/incident number, date, status, and resolution*) every complaint, investigation, hearing, and/or disciplinary action that has been initiated against you or because of your conduct while you were working as a law enforcement officer with GRPD.

**RESPONSE:**

3. Please produce and identify (*e.g. case number, court, status, and/or resolution*) every legal action that arose from or was related to your conduct as a law enforcement officer with GRPD and where you were named as a party or identified in either a criminal or civil complaint.

**RESPONSE:**

4. Please produce every use of force report or record you filled out or that was filled out on your behalf while you were a member of the GRPD.

**RESPONSE:**

5

5.  All personnel records that document or is relevant to your employment history with the City of Grand Rapids and/or member of GRPD, *from your date of hire up to the date you were terminated*, specifically including but not limited to the following: training, *evaluations, civil rights violations, lawsuits, criminal charges, certificates, licenses, disciplinary records, promotions, commendations, performance reviews, and/or exam results.*

**RESPONSE**:

6.  Please produce all documents/records (*including certifications, licenses, training videos, etc.*) that show you received training in each of the subject areas listed below as of *April 4, 2022*:

    a.  Legal updates (i.e. changes in the law/regulations; policy/procedure update, etc.)

    b.  Defensive tactics

    c.  Use of Force

    d.  Types of Force

    e.  Tasers

    f.  Conducting criminal investigations

    g.  Foot Pursuits

    h.  De-escalation

    i.  Risk assessment

**RESPONSE**:

7.  In the subject areas listed below, please produce all training materials, department policies, general orders, and procedures that were in effect and applicable to the GRPD as of *April 4, 2022*:

    a.  Legal updates (i.e. changes in the law/regulations; policy/procedure update, etc.)

    b.  Defensive tactics

    c.  Use of Force

    d.  Types of Force

    e.  Tasers

6

    f.   Conducting criminal investigations

    g.   Foot Pursuits

    h.   De-escalation

    i.   Risk assessment

**RESPONSE:**

8. Please produce all social media posts and/or public statements that you made or that were made on your behalf relating to the Incident on *April 4, 2022*.

**RESPONSE:**

9. Please produce all records that you intend to use to support your defense(s) to this action.

**RESPONSE:**

---

**DEFENDANT'S NAME (print)**

---

**DEFENDANT'S SIGNATURE**

**NOTARY**

| |
|---|
| Subscribed and sworn to before me this _____ day of _____, 20____. |
| _____ |
| *Notary Public* |
| _____, County, |
| My Commission Expires: _____, 20__ |

7

Respectfully submitted,

**VEN JOHNSON LAW, PLC**

By: */s/ Ayanna D. Hatchett*
**Ayanna D. Hatchett (P70055)**
Attorney for Plaintiff
The Buhl Building
535 Griswold Street, Suite 2632
Detroit, Michigan 48226
(313) 324.8300
ahatchett@venjohnsonlaw.com

Dated: 10/28/2025

---

**PROOF OF SERVICE**

On October 28, 2025, the undersigned certifies that, a copy of *Plaintiff's First Set of Interrogatories and Request for Production of Documents to Defendant Christopher Schurr was* served by first-class mail upon all attorneys of record.

By: *LIZA DODSON*