UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

PETER LYOYA,

    Plaintiff,

v.                                                                       Hon. Paul L. Maloney

CHRISTOPHER SCHURR et al.,                 Case No. 1:22-cv-1160

    Defendants.

## ORDER

This matter is before the Court on Defendant's Motion for Discovery Sanctions. (ECF No. 89.) The motion is taken under advisement. The parties are invited to submit any supplemental brief within 14 days, not to exceed seven pages in length.

IT IS SO ORDERED.

Dated: March 4, 2026                                             /s/ Sally J. Berens
                                                                     SALLY J. BERENS
                                                                       U.S. Magistrate Judge