UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

**PETER LYOYA,** as the Personal Representative for the Estate of **PATRICK LYOYA,**

Plaintiff,

v.

**CHRISTOPHER SCHURR** and ~~**THE CITY OF GRAND RAPIDS,**~~

Defendants.

Case No. 22-cv-01160
Hon. Paul L. Maloney
Hon. Judge Sally J. Berens

---

### STIPULATED ORDER REGARDING MOTION TO COMPEL KENT COUNTY SHERIFF'S OFFICE

IT IS HEREBY STIPULATED, by and between the parties hereto through their respective counsel, as follows:

1. Kent County Sheriff's Office ("KCSO") shall produce complete, unredacted versions of all files, records, reports, video recordings, and materials relating to or concerning Mr. Lyoya that are in its possession, custody, or control.

2. KCSO shall further produce unredacted recordings of all jail phone calls involving Mr. Lyoya that are in its possession, custody, or control.

3. KCSO shall produce these materials to Defendant within seven (7) days of entry of this Order.

4. Once the materials are produced to Defendant, KCSO shall have no further obligation or responsibility regarding any privacy or confidentiality related to these records.

5. Upon KCSO's full production of the materials stipulated to in this Order, Defendant shall withdraw the Motion to Compel [ECF No. 98].

**I stipulate entry to the attached order:**

/s/ Kyle P. Konwinski (P76257)                  /s/ Kali M. L. Henderson (P76479)

**VARNUM LLP**                                  **SEWARD HENDERSON PLLC**
*Attorneys for KCSO*                            *Attorneys for Defendant Schurr*


Dated: March 10, 2026


**IT IS SO ORDERED.**


Dated: March 10, 2026                           /s/ Sally J. Berens
                                                SALLY J. BERENS
                                                U.S. Magistrate Judge