**REPORT FOLLOWING**
**VOLUNTARY FACILITATIVE MEDIATION SESSION**

| Case Number | Case Caption | Date of Session |
|---|---|---|
|  |  |  |

**PARTIES**                      **Attendees**

| Name | On Behalf Of |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:          Case settled in full - Final paperwork will be filed by:
                 Mediation continuing **- After Dispositive Motions are filed and heard.**
                 Not settled - Mediation Completed

Dated: _____          /s/ _____

                                            Mediator

Rev'd 8/2005