UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PETER LYOYA, as the
Personal Representative for
the Estate of PATRICK LYOYA,

Case No. 22-cv-01160
Hon. Paul L. Maloney

Plaintiff,

v.

CHRISTOPHER SCHURR ~~and~~
~~THE CITY OF GRAND RAPIDS,~~

Defendant.

## STIPULATED PROTECTIVE ORDER

This matter having come before the Court upon the Defendant's motion and subsequent resolution by the parties, and the Court being otherwise fully advised in the promises, the parties stipulate as follows:

1. The Defendant's use of Peter Lyoya's Facebook profile(s) and data downloaded from his profile(s) shall be used only for the purpose of this litigation and thus shall only be made accessible to those qualified individuals (i.e. counsel for the parties, administrative/clerical staff for respective counsel, and/or experts, etc.) to review any or all information and/or data pertaining to and/or derived from Peter Lyoya's profile(s).

2. Further, Plaintiff reserves the right to contest the relevance and or move to exclude any and all data released as permitted under the law and this Court.

3. This Agreement shall continue to be binding through and after the conclusion of this litigation, including all appeals.

4. Defendant's Motion to Compel Compliance with Subpoena and for Sanctions (ECF No. 102) is dismissed as resolved.

IT IS SO ORDERED.

Dated: April 13, 2026  _____/s/ Sally J. Berens_____
Honorable Sally J. Berens
U.S. Magistrate Judge

The parties stipulate to the entry of the above order:

/s/Ayanna D. Hatchett                   /s/Kali M.L. Henderson (w/consent)
Ayanna D. Hatchett (P70055)             Kali M. L. Henderson (P76479)
*Attorney for Plaintiff*                *Attorney for Defendant*