UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**PETER LYOYA,** as the Personal Representative for the Estate of **PATRICK LYOYA,**

Plaintiff,

v.

**CHRISTOPHER SCHURR** and ~~**THE CITY OF GRAND RAPIDS**~~,

Defendants.

Case No. 22-cv-01160
Hon. Paul L. Maloney
Mag. Judge Sally J. Berens

**STIPULATED ORDER TO STAY PROCEEDINGS**

This matter having come before the Court on the parties' stipulation, as indicated by the signatures below,

IT IS HEREBY ORDERED that all proceedings in this matter are hereby STAYED pending the outcome of Defendant's interlocutory appeal to the United States Court of Appeals for the Sixth Circuit of the denial of his summary judgment motion based on qualified immunity. Plaintiff, in so stipulating, does not concede that jurisdiction is proper in the Sixth Circuit at this time.

IT IS SO ORDERED.

Dated: ______________

______________________
Hon. Paul L. Maloney
U.S. District Judge

The parties stipulate to entry of the above order:

/s/ Ayanna D. Hatchett (with permission)
Ayanna D. Hatchett (P70055)
*Attorneys for Plaintiff*

/s/ Kali M. L. Henderson
Kali M. L. Henderson (P76479)
*Attorneys for Defendant Schurr*